IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 05-576 T
(Judge Allegra)

---

PRESTOP HOLDINGS, LLC, JL INVESTMENT TRUST,
JOHN M. LARSON, GRANTOR/TRUSTEE,
TAX MATTERS PARTNER FILING AS NOTICE PARTNER,

Plaintiff,

v.

UNITED STATES OF AMERICA,

Defendant.

---

REQUEST FOR EXTENSION OF TIME
TO RESPOND TO PLAINTIFF'S COMPLAINT

---

Pursuant to Rule 6(b) of the Rules of the United States Court of Federal Claims, the defendant respectfully moves for an enlargement of time of 30 days from July 25, 2005, to August 24, 2005 within which to file defendant's answer or other response to plaintiff's complaint. Plaintiffs have no objection to the requested 30-day extension. This is the first such enlargement requested.

In support of this motion, the defendant states the following:

Plaintiffs have filed their complaint in this matter. The Service has informed defendant's trial counsel that, although the administrative materials necessary to respond to that complaint have been received by the Office of Chief Counsel attorney assigned to prepare the defense

recommendation in this matter, additional time will be required because various branches of the Office of Chief Counsel must coordinate in preparing the recommendation due to the nature of the issues presented in the case. The additional time is requested to permit coordination of the defense recommendation in the Office of Chief Counsel, for the Department of Justice to receive and review the Service's defense recommendation and administrative materials, and to prepare the government's response to plaintiffs' complaint.

WHEREFORE, the defendant prays that its motion for an 30-day extension of time to respond to plaintiffs' complaint be allowed.

Respectfully submitted,

July 18, 2005

s/David R. House
DAVID R. HOUSE
Attorney of Record
U.S. Department of Justice - Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Station
Washington, D.C. 20044
(202) 616-3366

EILEEN J. O'CONNOR
Assistant Attorney General
MILDRED L. SEIDMAN
Chief, Court of Federal Claims Section
DAVID GUSTAFSON
Assistant Chief
Of Counsel