IN THE UNITED STATES COURT OF FEDERAL CLAIMS

PRESTOP HOLDINGS, LLC,
JL INVESTMENT TRUST,
JOHN M. LARSON, GRANTOR/TRUSTEE,
TAX MATTERS PARTNER FILING AS
NOTICE PARTNER,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

No: 05-576 T
Judge Francis M. Allegra

# PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO FILE JOINT PRELIMINARY STATUS REPORT

Pursuant to Rule 6(b) of the Rules of the United Stated Court of Federal Claims, plaintiff respectfully moves for a 7-day enlargement of time from October 17, 2005, to and including October 24, 2005, in which to file the parties' Joint Preliminary Status Report. Defendant does not oppose the enlargement. This is the first such enlargement requested.

The parties have discussed the Joint Preliminary Status Report but have not yet been able to finalize it as a result of the conflicting travel schedule of plaintiff's counsel. Accordingly, plaintiff respectfully requests that the Court allow the requested enlargement of time.

Respectfully submitted,

10/13/05
Date

s/McGee Grigsby by s/Deborah Erwin
McGEE GRIGSBY
Counsel for Plaintiff

Latham & Watkins, LLP
555 Eleventh St., N.W.
Suite 1000
Washington, D.C. 20004
(202) 637-2200 (telephone)
(202) 637-2201 (facsimile)