IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 05-576 T
(Judge Allegra)

---

PRESTOP HOLDINGS, LLC, JL INVESTMENT TRUST,
JOHN M. LARSON, GRANTOR/TRUSTEE,
TAX MATTERS PARTNER FILING AS NOTICE PARTNER,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

---

DEFENDANT'S MOTION TO SUSPEND PROCEEDINGS

---

Defendant, the United States, respectfully moves this Court to suspend all proceedings in this case until resolution of the criminal case against John Larson and Robert Pfaff currently pending in the United States District Court for the Southern District of New and the ongoing criminal investigation, because they involve matters closely related to this case. In support of this motion, the United States relies upon the accompanying brief, the complaint in this case, and the Declaration of David R. House with attached exhibits.

WHEREFORE, defendant respectfully requests that the Court grant this motion and suspend all proceedings in this case until resolution of the criminal case and the ongoing criminal investigation.

Respectfully submitted,

November 30, 2005
Date

s/ David R. House
DAVID R. HOUSE
Attorney of Record
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Post Office
Washington, D.C. 20044
(202) 616-3366

EILEEN J. O'CONNOR
Assistant Attorney General
DAVID GUSTAFSON
Acting Chief, Court of Federal Claims Section
Of Counsel

Attorneys for Defendant