# In The United States Court of Federal Claims

No. 05-576 T

(Filed: December 8, 2005)

PRESTOP HOLDINGS, LLC,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

**ORDER**

On November 30, 2005, defendant filed a motion to stay all proceedings in this case. The motion is hereby **GRANTED**. Accordingly:

(i) This case is stayed until further notice of the court, and;

(ii) On or before February 17, 2006, and every 3 months thereafter, defendant shall file a status report providing details regarding the progress of the ongoing criminal investigation and the criminal case in the Southern District of New York. On motion, any status report or portion thereof may be given *in camera* or filed under seal, if necessary.

**IT IS SO ORDERED.**

s/ Francis M. Allegra
Francis M. Allegra
Judge