IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 05-576 T
(Judge Allegra)

PRESTOP HOLDINGS, LLC, JL INVESTMENT TRUST,
JOHN M. LARSON, GRANTOR/TRUSTEE,
TAX MATTERS PARTNER FILING AS NOTICE PARTNER,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

DEFENDANT'S STATUS REPORT

Pursuant to the Order of this Court, the defendant files this status report to inform the Court of the status of the criminal proceeding in the United States District Court for the Southern District of New York.

At this time, the trial judge has set the case for trial to begin September 11, 2006. Recent events in that case indicate the judge intends to stick to that schedule. On January 26, 2006, the Judge denied the government's Motion to disqualify one of the defendant's attorneys' on the basis of a conflict of interest. One of the grounds for denial stated by the judge was that a substitute counsel would not have time to adequately prepare for the trial, thus signaling that the criminal trial is to go forward as scheduled. Further, the Judge in the criminal case issued an

Order dated February 1, 2006, in which he notified the criminal defendants that a guilty plea must be submitted prior to June 15, 2006, in order to be considered timely to obtain acceptance credit for permitting the government to avoid trial preparation. This again indicates that the judge intends for the criminal case to go forward as scheduled.

WHEREFORE, defendant respectfully requests that the Court continue the suspension of all proceedings in this case until resolution of the criminal case and the ongoing criminal investigation.

Respectfully submitted,

February 16, 2006
Date

s/ David R. House

DAVID R. HOUSE
Attorney of Record
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Post Office
Washington, D.C. 20044
(202) 616-3366

EILEEN J. O'CONNOR
Assistant Attorney General
DAVID GUSTAFSON
Acting Chief, Court of Federal Claims Section
Of Counsel

Attorneys for Defendant