IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 05-576 T
(Judge Allegra)

---

PRESTOP HOLDINGS, LLC, JL INVESTMENT TRUST,
JOHN M. LARSON, GRANTOR/TRUSTEE,
TAX MATTERS PARTNER FILING AS NOTICE PARTNER,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

---

DEFENDANT'S STATUS REPORT

---

Pursuant to the Order of this Court, the defendant files this status report to inform the Court of the status of the criminal proceeding in the United States District Court for the Southern District of New York.

As previously reported, John Larson and Robert Pfaff, were involved in the development, sale, and implementation of fraudulent KPMG shelters. Prestop Holdings was an entity utilized by Larson and Pfaff for their own tax schemes, and is a variant of illegal tax shelters known as "Son of BOSS." The United States Attorney for the Southern District of New York is presecuting an illegal tax shelter criminal conspiracy case against Larson, Pfaff, and others involving entities and transactions intimately related to the matters involved in this case. Since

the Court suspended this case, the criminal case is active and ongoing. Subsequent to the prior status report, numerous motions to dismiss filed by various of the criminal defendants have been denied by the District Court. In addition, the District Court has addressed several motions regarding discovery by the criminal defendants, denying most of them. At this time, the case remains set for trial beginning September 11, 2006.

Defendant believes that the suspension of all proceedings in this case continues to be appropriate until resolution of the criminal case and the ongoing criminal investigation.

Respectfully submitted,

May 17, 2006
Date

s/ David R. House
DAVID R. HOUSE
Attorney of Record
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Post Office
Washington, D.C. 20044
(202) 616-3366

EILEEN J. O'CONNOR
Assistant Attorney General
DAVID GUSTAFSON
Chief, Court of Federal Claims Section
Of Counsel

Attorneys for Defendant