IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 05-576 T
(Judge Allegra)

---

PRESTOP HOLDINGS, LLC, JL INVESTMENT TRUST,
JOHN M. LARSON, GRANTOR/TRUSTEE,
TAX MATTERS PARTNER FILING AS NOTICE PARTNER,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

---

DEFENDANT'S STATUS REPORT

---

Pursuant to the Order of this Court, the defendant files this status report to inform the Court of the status of the criminal proceeding in the United States District Court for the Southern District of New York.

The criminal case of *United States v. Stein, et al.*, No. S1 05 crim 0888 (SDNY),was set for trial to begin on January 16, 2006. By Order dated November 13, 2006, the judge continued the trial date in *Stein*, and although the defendants requested a trial date no earlier than April of 2007, the judge did not set a new date for the trial. The judge scheduled a conference for December 20, 2006, to consider possible trial dates.

The reasons for the stay specified in the Government's Motion for Stay remain. Defendant believes that the suspension of all proceedings in this case continues to be appropriate until resolution of the criminal case and the ongoing criminal investigation.

Respectfully submitted,

November 16, 2006
Date

s/ David R. House

DAVID R. HOUSE
Attorney of Record
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Post Office
Washington, D.C. 20044
(202) 616-3366

EILEEN J. O'CONNOR
Assistant Attorney General
DAVID GUSTAFSON
Chief, Court of Federal Claims Section
Of Counsel
Attorneys for Defendant