# In The United States Court of Federal Claims

No. 05-576 T

(Filed: November 20, 2006)

PRESTOP HOLDINGS, LLC,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

**ORDER**

On December 8, 2005, this case was stayed until further order of the court, and defendant was ordered to file a status report every three months reporting the progress of the ongoing criminal investigation and the criminal case pending in the Southern District of New York. On November 16, 2006, defendant filed a status report indicating that the trial date for the criminal case in the Southern District of New York has been continued, and that the presiding judge has not yet set a new date for trial.

The court has questions as to whether this case should remain stayed. On or before December 20, 2006, defendant is ordered to file a status report providing a detailed explanation to this court why it is appropriate for this case to remain stayed. This status report shall include, but is not limited to, the extent to which this case and that pending in the Southern District of New York have common issues of fact or law, and/or common witnesses. If necessary, defendant may make this filing *in camera*.

**IT IS SO ORDERED.**

s/ Francis M. Allegra
Francis M. Allegra
Judge