IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| PRESTOP HOLDINGS, LLC,<br>JL INVESTMENT TRUST,<br>JOHN M. LARSON, GRANTOR/TRUSTEE,<br>TAX MATTERS PARTNER FILING AS<br>NOTICE PARTNER,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | No: 05-576 T<br>Judge Francis M. Allegra |

PLAINTIFF'S MOTION FOR LEAVE TO SUBSTITUTE COUNSEL

Pursuant to RCFC 83.1(c)(4), plaintiff respectfully moves the Court for leave to change its attorney of record from McGee Grigsby of Latham & Watkins LLP to Kim Marie K. Boylan of Latham & Watkins LLP. As indicated by his signature below, McGee Grigsby consents to the substitution.

Respectfully submitted,

November 29, 2006
Date

s/ Kim Marie K. Boylan
KIM MARIE K. BOYLAN
Latham & Watkins LLP
555 Eleventh St., N.W., Suite 1000
Washington, D.C. 20004-1304
(202) 637-2235 (telephone)
(202) 637-2201 (facsimile)
Kim.Boylan@lw.com

November 29, 2006
Date

s/ McGee Grigsby________________
McGEE GRIGSBY
Previous Attorney of Record
Latham & Watkins, LLP
555 Eleventh St., N.W., Suite 1000
Washington, D.C. 20004-1304
(202) 637-2200 (telephone)
(202) 637-2201 (facsimile)
McGee.Grigsby@lw.com

Of Counsel:

DEBORAH K. ERWIN
Latham & Watkins, LLP
555 Eleventh St., N.W., Suite 1000
Washington, D.C. 20004-1304
(202) 637-1076 (telephone)
(202) 637-2201 (facsimile)
Deborah.Erwin@lw.com