IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 05-576 T
(Judge Allegra)

---

PRESTOP HOLDINGS, LLC, JL INVESTMENT TRUST,
JOHN M. LARSON, GRANTOR/TRUSTEE,
TAX MATTERS PARTNER FILING AS NOTICE PARTNER,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

---

MOTION FOR LEAVE TO FILE CORRECTED JOINT STATUS REPORT

---

The parties respectfully move for leave to file a corrected Joint Status Report in this case. The Joint Status Report as filed has two typographical errors: (1) a reference to “its Status Report” instead of “their Status Report” at the beginning of the second paragraph; and (2) a reference to the wrong entity as plaintiff in the last sentence. Attached is a corrected Joint Status Report, which replaces “its” with “their” and references the appropriate entity name.

WHEREFORE, the parties move that the Court permit the filing of the attached corrected status report.

Respectfully submitted,

December 28, 2007
Date

s/ Kim Marie K. Boylan
KIM MARIE K. BOYLAN
Attorney of Record
Latham & Watkins LLP
555 Eleventh St., N.W., Suite 1000
Washington, DC 20004-1304
(202) 637-2235 (telephone)
(202) 637-2201 (facsimile)
Kim.Boylan@lw.com

December 28, 2007
Date

s/ David R. House
DAVID R. HOUSE
Attorney of Record
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Post Office
Washington, D.C. 20044
(202) 616-3366
(202) 514-9440 (facsimile)
David.R.House@USDOJ.gov

RICHARD T. MORRISON
Acting Assistant Attorney General
DAVID GUSTAFSON
Chief, Court of Federal Claims Section
Of Counsel
Attorneys for Defendant