IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 05-576 T
(Judge Allegra)

PRESTOP HOLDINGS, LLC, JL INVESTMENT TRUST,
JOHN M. LARSON, GRANTOR/TRUSTEE,
TAX MATTERS PARTNER FILING AS NOTICE PARTNER,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

# CORRECTED JOINT STATUS REPORT

Pursuant to the Order of this Court, the parties file this status report to inform the Court of the status of the criminal proceeding in the United States District Court for the Southern District of New York. In their Status Report filed September 21, 2007, the parties informed the Court that the case of *United States v. Stein, et al.*, No. S1 05 crim 0888 (SDNY), was set for trial to begin as to John Larson, Robert Pfaff, and others, on October 9, 2007. Before the jury was sworn, the trial was continued pending a conference held on November 16, 2007. By Order dated November 29, 2007, the *Stein* Court scheduled jury selection for September, 2008, with opening arguments to take place on October 2, 2008.

The Government's position is that the reasons for the stay specified in the Government's Motion for Stay and the Status Report filed on December 20, 2006, remain. Defendant believes that the suspension of all proceedings in this case continues to be appropriate until resolution of the *Stein* case and the ongoing related investigation.

Plaintiff does not oppose the continued suspension of proceedings in this case. However, plaintiff disagrees with defendant's grounds for the stay as articulated in its Motion to Suspend and its December 20, 2006 Status Report. Plaintiff also disagrees with defendant's statements and characterizations in these filings and in all of defendant's other pleadings, status reports, declarations and briefs, including but not limited to (1) defendant's characterization of the relationship between the *Stein* case and this action; and (2) defendant's purportedly factual assertions concerning the alleged actions of John Larson, Robert Pfaff and certain entities, including Prestop Holdings, LLC.

Respectfully submitted,

December 28, 2007
Date

s/ Kim Marie K. Boylan
KIM MARIE K. BOYLAN
Attorney of Record
Latham & Watkins LLP
555 Eleventh St., N.W., Suite 1000
Washington, DC 20004-1304
(202) 637-2235 (telephone)
(202) 637-2201 (facsimile)
Kim.Boylan@lw.com

December 28, 2007
Date

s/ David R. House

DAVID R. HOUSE
Attorney of Record
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Post Office
Washington, D.C. 20044
(202) 616-3366 (telephone)
(202) 540-9440 (facsimile)
David.R.House@USDOJ.gov

RICHARD T. MORRISON
Acting Assistant Attorney General
DAVID GUSTAFSON
Chief, Court of Federal Claims Section
Of Counsel
Attorneys for Defendant