# In The United States Court of Federal Claims

No. 05-576T

(Filed: January 16, 2008)

PRESTOP HOLDINGS, LLC,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

**ORDER**

On January 15, 2008, a telephonic status conference was held in this case. Participating in the conference were Kim Marie Kozaczek Boylan, on behalf of plaintiff, and David Raymond House, on behalf of defendant. The court questioned whether this entire matter needs to remain stayed or particular issues can be heard before the criminal case is finalized. Accordingly, on or before February 15, 2008, the parties shall file a joint status report indicating which issues in this matter, if any, can be heard before the conclusion of the criminal trial. If no issues can be heard, than the report shall indicate why that is so.

**IT IS SO ORDERED.**

s/ Francis M. Allegra
Francis M. Allegra
Judge