# In The United States Court of Federal Claims

No. 05-576T

(Filed: August 8, 2008)

PRESTOP HOLDINGS, LLC,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

**ORDER**

On January 15, 2008, a telephonic status conference was held in this case. The parties were ordered to file a joint status report in this case on or before February 15, 2008. In their report, both parties agreed that this matter should remained stayed pending the resolution of the criminal case in the Southern District of New York. Accordingly, on or before September 8, 2008, and every 91 days thereafter, the parties shall file a joint status report indicating the status of the criminal case in the Southern District of New York. Additionally, the parties shall immediately file a joint status report if progress in the criminal case may affect the scheduling of this case.

**IT IS SO ORDERED.**

s/ Francis M. Allegra
Francis M. Allegra
Judge