# In The United States Court of Federal Claims

No. 05-576T

(Filed: February 10, 2009)

_____

PRESTOP HOLDINGS, LLC,

        Plaintiff,

  v.

THE UNITED STATES,

        Defendant.

_____

**ORDER**

_____

On February 6, 2009, the parties filed a joint status report informing the court that, on December 17, 2008, a verdict was entered in the related criminal proceeding in the United States District Court for the Southern District of New York. In light of this verdict, the parties requested that the stay remain in place while they assess their respective options and that a further joint status report be submitted within thirty days. The parties' request is hereby **GRANTED**. Accordingly, on or before March 6, 2009, the parties shall file a joint status report indicating how this case should proceed, as well as an appropriate schedule thereof.

    **IT IS SO ORDERED.**

                                            s/ Francis M. Allegra  
                                            Francis M. Allegra  
                                            Judge