# In The United States Court of Federal Claims

No. 05-576T

(Filed: March 16, 2009)

_____

PRESTOP HOLDINGS, LLC,

        Plaintiff,

v.

THE UNITED STATES,

        Defendant.

_____

**ORDER**

_____

     On March 6, 2009, the parties filed a joint status report requesting that the stay remain in place while they continue to assess their respective options and that a further joint status report be submitted within thirty days. Accordingly, and notwithstanding any prior order of the court, on or before April 6, 2009, the parties shall file a joint status report indicating how this case should proceed.

     **IT IS SO ORDERED.**

                                                      s/ Francis M. Allegra
                                                      Francis M. Allegra
                                                      Judge