# In The United States Court of Federal Claims

No. 05-576T

(Filed: May 5, 2009)

_____

PRESTOP HOLDINGS, LLC,
JL INVESTMENT TRUST,
JOHN M. LARSON, GRANTOR/TRUSTEE,
TAX MATTERS PARTNER FILING AS
NOTICE PARTNER,

        Plaintiff,

  v.

THE UNITED STATES,

        Defendant.

_____

**ORDER**

_____

    On or before June 4, 2009, the parties shall file a joint status report indicating how this case should proceed, with a schedule as appropriate.

    **IT IS SO ORDERED.**

                                                               s/ Francis M. Allegra
                                                              Francis M. Allegra
                                                              Judge