# In The United States Court of Federal Claims

No. 05-576 T

(Filed: January 22, 2010)

_____

PRESTOP HOLDINGS, LLC,

        Plaintiff,

v.

THE UNITED STATES,

        Defendant.

_____

**ORDER**

_____

On January 20, 2010, plaintiff filed an unopposed motion for extension of time within which to file his response to defendant's motion to dismiss. The motion is hereby **GRANTED**. Accordingly:

1. On or before February 4, 2010, plaintiff shall file its response to defendant's motion to dismiss. **No further enlargements of this deadline will be granted;** and

2. On or before March 9, 2010, defendant shall file its reply in support of its motion to dismiss.

**IT IS SO ORDERED.**

                                                           s/ Francis M. Allegra
                                                           Francis M. Allegra
                                                           Judge