# In The United States Court of Federal Claims

No. 05-576 T

(Filed: April 6, 2010)

_____

PRESTOP HOLDINGS, LLC,

        Plaintiff,

v.

THE UNITED STATES,

        Defendant.

_____

**ORDER**

_____

    Oral argument on defendant's motion to dismiss will be held in this case on Tuesday, May 11, 2010, at 10:00 a.m (CDT) at the United States District Court for the District of Colorado, Alfred A. Arraj U.S. Courthouse, Courtroom A-501, 901 19th Street, Denver, CO 80294.

    **IT IS SO ORDERED.**

                                                         s/ Francis M. Allegra
                                                         Francis M. Allegra
                                                         Judge