# In The United States Court of Federal Claims

No. 05-576 T

(Filed: June 1, 2010)

_____

PRESTOP HOLDINGS, LLC,

        Plaintiff,

v.

THE UNITED STATES,

        Defendant.

_____

**ORDER**

_____

On May 11, 2010, the court heard oral argument on defendant's motion to dismiss. At the hearing, the court instructed plaintiff to file a complete copy of plaintiff's 1997 IRS Form 1040. Despite the court's subsequent reminders, no such filing has yet been made. Accordingly, on or before June 8, 2010, plaintiff shall file a complete copy of plaintiff's 1997 IRS Form 1040.

**IT IS SO ORDERED.**

                                                          s/ Francis M. Allegra
                                                          Francis M. Allegra
                                                          Judge