# In The United States Court of Federal Claims

No.   05-576 T

(Filed:   January 7, 2011)

_____

PRESTOP HOLDINGS, LLC,

        Plaintiff,

  v.

THE UNITED STATES,

        Defendant.

_____

**ORDER**

_____

    A telephonic status conference will be held in this case on Tuesday, January 18, 2011, at 2:00 p.m. (EST).   Chambers will contact the parties shortly before the scheduled conference time.

    **IT IS SO ORDERED.**

                          s/ Francis M. Allegra  
                          Francis M. Allegra  
                          Judge