# In The United States Court of Federal Claims

No.  05-576 T

(Filed:  January 19, 2011)

_____

PRESTOP HOLDINGS, LLC,

        Plaintiff,

v.

THE UNITED STATES,

        Defendant.

_____

**ORDER**

_____

On January 18, 2011, a telephonic status conference was held in this case.  Participating in the conference were Theodore Merriam, on behalf of plaintiff, and Karen Servidea, on behalf of defendant.  Pursuant to discussions during the conference, on or before January 31, 2011, plaintiff shall file a status report indicating whether it will file a motion for summary judgment.

**IT IS SO ORDERED.**

                                                        s/ Francis M. Allegra
                                                        Francis M. Allegra
                                                        Judge