# In The United States Court of Federal Claims

No.   05-576 T

(Filed:   February 2, 2011)
_____

PRESTOP HOLDINGS, LLC,

        Plaintiff,

  v.

THE UNITED STATES,

        Defendant.
_____

**ORDER**
_____

On February 1, 2011, plaintiff filed a status report indicating that it will not file a motion for summary judgment at this time.  Accordingly, the court adopts the following discovery schedule:

1. On or before February 18, 2011, initial disclosures shall be completed, pursuant to RCFC 26(a)(2);

2. On or before October 31, 2011, fact discovery shall be completed;

3. On or before December 22, 2011, expert witnesses shall be designated and expert reports shall be served, pursuant to RCFC 26(a)(2);

4. On or before February 22, 2012, expert discovery shall be completed; and

5. On or before March 7, 2012, the parties shall file a joint status report indicating how this case should proceed.

**IT IS SO ORDERED.**

                                        s/ Francis M. Allegra
                                        Francis M. Allegra
                                        Judge