IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 05-576 T
(Judge Allegra)

PRESTOP HOLDINGS, LLC, JL INVESTMENT TRUST,
JOHN M. LARSON, GRANTOR/TRUSTEE,
TAX MATTERS PARTNER FILING AS NOTICE PARTNER,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

**PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION TO COMPEL PLAINTIFF TO ANSWER DEFENDANT'S FIRST SET OF INTERROGATORIES AND TO CLARIFY ITS RESPONSES TO DEFENDANT'S FIRST SET OF REQUESTS FOR PRODUCTION**

Pursuant to Rule 37 of the United States Court of Federal Claims ("RCFC"), the Plaintiff, by and through its undersigned attorney, Ted H. Merriam of the Merriam Law Firm, hereby responds to Defendant's Motion to Compel as follows:

Plaintiff's counsel has repeatedly attempted to communicate the difficulty with providing thorough and complete responses to the Defendant's discovery requests. The grantors, John Larson and Robert Pfaff, of the two grantor trusts that are the partners of Prestop Holdings, LLC, are incarcerated in federal prison. Their incarceration makes it impossible to timely respond to the Defendant's voluminous discovery requests in a timely manner. Additionally, Mr. Pfaff has the best recollection of the facts and circumstances surrounding the transaction at issue in this case, and he was transferred from the federal correctional institute in Fort Dix, New Jersey to the federal prison camp

in Duluth, Minnesota during the time that responsive answers were due to Defendant's discovery requests.

Despite these difficulties, Plaintiff intends to serve clarified responses to Defendant's First Set of Requests for Production by June 20, 2011 if that date is acceptable to the Court, and to serve its Answers to Defendant's First Set of Interrogatories by June 30, 2011 if that date is acceptable to the Court.

The Defendant asks the Court to provide an Order that Plaintiff has waived all objections to the interrogatories. Plaintiff intends to file thorough responses to Defendant's interrogatories, and does not intend to raise any objections. Nonetheless, Plaintiff objects to the Defendant's request for waiver and contends that such an order is not necessary or appropriate under the circumstances. Plaintiff's goal has been to provide complete and thorough responses to the Defendant to move this case along toward settlement, or trial if necessary.

WHEREFORE, Plaintiff respectfully requests the Court to issue an order that gives the Plaintiff until June 20 to serve clarified responses to Defendant's First Set of Requests for Production, and until June 30 to serve its Answers to Defendant's First Set of Interrogatories.

Dated: June 6, 2011.

s/Ted H. Merriam
TED H. MERRIAM, ESQ.

Attorney of Record
Merriam Law Firm
1625 Broadway, Suite 770
Denver, CO 80202
Tel: (303) 592-5404
Fax: (303) 592-5439
Tmerriam@taxlaw2848.com