# In The United States Court of Federal Claims

No.   05-576T

(Filed:   June 9, 2011)

_____

PRESTOP HOLDINGS, LLC,

        Plaintiff,

v.

THE UNITED STATES,

        Defendant.

_____

**ORDER**

_____

On June 8, 2011, defendant filed a motion pursuant to RCFC 30(a)(2)(B), seeking leave to take the depositions of two individuals – John Larson and Robert Pfaff – who are currently confined in prison.   Plaintiff does not oppose this motion.   The motion is hereby **GRANTED**.  Defendant may take these depositions on or before the close of fact discovery on October 31, 2011.

    **IT IS SO ORDERED.**

                                  s/ Francis M. Allegra
                                  Francis M. Allegra
                                  Judge