# In The United States Court of Federal Claims

No. 05-576T

(Filed: June 14, 2011)

_____

PRESTOP HOLDINGS, LLC,

          Plaintiff,

    v.

THE UNITED STATES,

          Defendant.

_____

**ORDER**

_____

On May 19, 2011, defendant filed a motion to compel plaintiff to answer its first set of interrogatories and clarify its responses to defendant's first set of requests for production. On June 6, 2011, plaintiff filed its response, requesting more time to respond to defendant's interrogatories and requests for production. On June 9, 2011, defendant filed its reply, indicating it has no objection to the dates proposed by plaintiff. Accordingly:

1. On or before June 20, 2011, plaintiff shall serve defendant with clarifications of its responses to defendant's first set of requests for production; and

2. On or before June 30, 2011, plaintiff shall serve defendant with its answers and objections to defendant's first set of interrogatories.

**IT IS SO ORDERED.**

                                              s/ Francis M. Allegra
                                              Francis M. Allegra
                                              Judge