# In The United States Court of Federal Claims

No. 05-576T

(Filed: July 21, 2011)

_____

PRESTOP HOLDINGS, LLC,

                Plaintiff,

v.

THE UNITED STATES,

                Defendant.

_____

**ORDER**

_____

On July 18, 2011, defendant filed a notice asserting that plaintiff has not complied with this court's June 14, 2011, order, in that it has failed to provide answers and objections to defendant's first set of interrogatories. On or before July 28, 2011, plaintiff shall file a response to defendant's notice. If, by that date, plaintiff has not provided answers and objections to defendant's first set of interrogatories to defendant, the court will rule on defendant's prior motion to compel the answers and objections.

**IT IS SO ORDERED.**

                                                                                     s/ Francis M. Allegra  
                                                                                       Francis M. Allegra  
                                                                                     Judge