IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 05-576 T
(Judge Allegra)

---

PRESTOP HOLDINGS, LLC, JL INVESTMENT TRUST,
JOHN M. LARSON, GRANTOR/TRUSTEE,
TAX MATTERS PARTNER FILING AS NOTICE PARTNER,

          Plaintiff,

v.

UNITED STATES OF AMERICA,

          Defendant.

---

## STIPULATION FOR ENTRY OF JUDGMENT

Pursuant to RCFC Appendix F, Rule 7(a), the parties stipulate to the dismissal of this action with prejudice. Pursuant to 26 U.S.C. § 6226(h), the dismissal of this action shall be considered as a decision that the Notice of Final Partnership Administrative Adjustment issued December 27, 2004, to Prestop Holdings, LLC, for the taxable year 1997 is correct. JL Investment Trust, the Tax Matters Partner for Prestop Holdings, LLC, hereby stipulates and agrees to the entry of the following proposed judgment.

## PROPOSED JUDGMENT

The adjustments set forth in the Notice of Final Partnership Administrative Adjustment issued December 27, 2004, to Prestop Holdings, LLC, for the taxable year 1997 are correct.

## CONSENT AND CERTIFICATION

The undersigned Tax Matters Partner for Prestop Holdings, LLC, by executing this stipulation, consents to the entry of the proposed judgment described above and certifies that no party objects.

Prestop Holdings, LLC

By: _____
JL Investment Trust
John M. Larson, Grantor/Trustee

Tax Matters Partner

Respectfully submitted,

8-22-11
Date

_____
TED H. MERRIAM, ESQ.
Merriam Law Firm, P.C.
1625 Broadway, Suite 770
Denver, Colorado 80202
Tel.:   (303) 592-5404
FAX:   (303) 592-5432
E-mail: tmerriam@taxlaw2848.com

*Attorney for Plaintiff*

8/23/11
Date

_____
KAREN SERVIDEA
Attorney of Record
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Post Office
Washington, D.C. 20044
(202) 616-3423 - telephone

(202) 514-9440 - facsimile
karen.e.servidea@usdoj.gov

JOHN A. DiCICCO
   Principal Deputy Assistant Attorney General
STEVEN I. FRAHM
   Chief, Court of Federal Claims Section

8/23/11
Date

/s/ Steven Frahm
Of Counsel
*Attorneys for Defendant*