# In The United States Court of Federal Claims

No. 05-576T

(Filed: September 1, 2011)

_____

PRESTOP HOLDINGS, LLC,

          Plaintiff,

v.

THE UNITED STATES,

          Defendant.

_____

**ORDER**

_____

On August 23, 2011, the parties filed a stipulation for the entry of judgment. Pursuant to RCFC Appendix F, Rule 7(a), the Clerk is hereby ordered to enter judgment dismissing this complaint with prejudice. Each party shall bear its own costs of litigation, including attorneys fees.

**IT IS SO ORDERED.**

                                    s/ Francis M. Allegra  
                                    Francis M. Allegra  
                                    Judge