# In the United States Court of Federal Claims

No. 05-576 T

**PRESTOP HOLDINGS, LLC, JL INVESTMENT TRUST, JOHN M. LARSON, GRANTOR/TRUSTEE, TAX MATTERS PARTNER FILING AS NOTICE PARTNER**

v.

**THE UNITED STATES**

**JUDGMENT**

Pursuant to the court's Order, filed September 1, 2011, and the parties' stipulation for entry of judgment, filed August 23, 2011,

IT IS ORDERED AND ADJUDGED this date, pursuant to Rule 58, that the complaint is dismissed, with prejudice. Each party shall bear its own costs of litigation, including attorneys' fees.

Hazel C. Keahey
Clerk of Court

**September 28, 2012**        By:    s/ Debra L. Samler

Deputy Clerk